| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>PAULA R. BROWN (254142)<br>JENNIFER L. MACPHERSON (202021)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>pbrown@bholaw.com<br>jmacpherson@bholaw.com | KAZEROUNI LAW GROUP, APC<br>ABBAS KAZEROUNIAN (249203)<br>MONA AMINI (296829)<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Tel: 949/860-7377<br>Fax: 800/520-5523<br>ak@kazlg.com<br>mona@kazlg.com |

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
ERICH P. SCHORK
ANTHONY L. PARKHILL
205 W. Randolph Street, Suite 1630
Chicago, IL 60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA HENRICHSEN, and her minor son, A.R.; and CONOR SORAGHAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TANDEM DIABETES CARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:20-cv-00732-CAB-LL<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>District Judge Cathy Ann Bencivengo<br>Courtroom 4C, 4th Fl., Schwartz<br>Magistrate Judge Linda Lopez<br>Courtroom 2B, 2nd Fl., Schwartz<br><br>Complaint Filed: April 16, 2020<br>Trial Date: Not Yet Set<br><br>**JURY TRIAL DEMANDED** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Samantha Henrichsen, and her minor son, A.R., and plaintiff Conor Soraghan, hereby dismiss *without* prejudice all claims made in such case against Defendant Tandem Diabetes Care, Inc.. Defendant has not filed an answer to Plaintiffs' Class Action Complaint or a motion for summary judgment.

Respectfully submitted,

Dated: May 22, 2020

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
JENNIFER L. MACPHERSON (202021)

By:      *s/ Timothy G. Blood*
    TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
jmacpherson@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
ERICH P. SCHORK
ANTHONY L. PARKHILL
205 W. Randolph Street, Suite 1630
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
aparkhill@barnowlaw.com

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (249203)
MONA AMINI (296829)
245 Fischer Avenue, Unit D1
Costa Mesa, CA  92626
Tel: 949/860-7377
Fax: 800/520-5523
ak@kazlg.com
mona@kazlg.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2020.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com